KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
AARON C. LISKIN (SBN 264268)
aliskin@khiks.com
NICHOLAS C. SOLTMAN (SBN 277418)
nsoltman@khiks.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: (310) 566-9800
Facsimile: (310) 566-9850
*Attorneys for Plaintiff*

GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER (pro hac vice)
osnyder@gibsondunn.com
BRIAN C. ASCHER (pro hac vice)
bascher@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
*Attorneys for Defendants*

GIBSON, DUNN & CRUTCHER LLP
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
DANIEL NOWICKI, SBN 304716
dnowicki@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SQUAREHEAD PICTURES, INC. f/s/o DAVID ERICKSON,

Plaintiff,

v.

AMC NETWORKS INC., AMC FILM HOLDINGS LLC, CROSSED PENS DEVELOPMENT LLC, and DOES 1-20, inclusive,

Defendants.

Case No.: 2:26-cv-00626-FLA-AJR

Hon. Fernando L. Aenlle-Rocha

**JOINT NOTICE PURSUANT TO LOCAL RULE 83-9.2**

Complaint filed: November 19, 2025

Pursuant to their mandatory obligations under Local Rule 83-9.2, all counsel in the above-captioned matter respectfully request that the Court issue a decision on Defendants' Partial Motion to Dismiss, which was taken under submission by the Court on May 7, 2026 (Dkt. 35).

Dated: September 14, 2026

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

By: */s/ Aaron C. Liskin*
Aaron C. Liskin
Attorneys for Plaintiff

Dated: September 14, 2026

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Ilissa Samplin*
Ilissa Samplin
Attorneys for Defendants

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Ilissa Samplin, hereby attest that concurrence in the filing of this document has been obtained from Aaron C. Liskin.

Dated: September 14, 2026

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Ilissa Samplin*
Ilissa Samplin
Attorneys for Defendants